IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WANDA J. COBB,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION 07-0353-WS-B** |
| | ) |
| **TRACY HAWSEY,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**JUDGMENT**

In accordance with the Order entered on this date, granting defendants' Motion to Dismiss Plaintiffs' Amended Complaint (doc. 15), it is **ordered, adjudged and decreed** that this action be, and the same hereby is, **dismissed without prejudice**.

DONE and ORDERED this 19th day of October, 2007.

                                            s/ WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE